IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INNOVATIVE SOLUTIONS & SUPPORT, INC., ) ) ) | |
| Plaintiff, ) | Civ. No. 15-959 |
| v. ) | |
| DELTA AIR LINES, INC., ) ) | |
| Defendant. ) | |

## ORDER

AND NOW, this _____ day of _____, 2015, it is hereby

**ORDERED** that the Motion for Admission of David E. Meadows, Esquire and Catherine M.

O'Neil, Esquire pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**. It is further

**ORDERED** that David E. Meadows, Esquire and Catherine M. O'Neil, Esquire are admitted pro

hac vice to the United States District Court for the Eastern District of Pennsylvania.

**BY THE COURT**

_____
                                          J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INNOVATIVE SOLUTIONS & SUPPORT, INC., )<br>)<br>Plaintiff, )<br>v. )<br>DELTA AIR LINES, INC., )<br>Defendant. ) | Civ. No. 15-959 |

FILED

MAR 30 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## DAVID E. MEADOWS, ESQUIRE AND CATHERINE M. O'NEIL, ESQUIRE

I, Michael P. Luongo, Esquire, undersigned counsel for Defendant Delta Air Lines, Inc.

("Delta"), hereby move that David E. Meadows, Esquire and Catherine M. O'Neil, Esquire be

admitted to appear and practice in this Honorable Court as counsel *pro hac vice* for Delta in the

above-captioned matter pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I

know that David E. Meadows, Esquire and Catherine M. O'Neil, Esquire are members in good

standing of the below referenced state and federal courts and that the applicants' private and

personal character is good.

1.      Michael P. Luongo, Esquire is a member in good standing of the Bars of the

Supreme Court of Pennsylvania and the United States District Court for the Eastern District of

Pennsylvania. He has entered his appearance in this action on behalf of Delta.

2.      David E. Meadows, Esquire is a Partner with the law firm King & Spalding LLP

with offices at 1180 Peachtree Street, Atlanta, Georgia 30309, amongst others. His email

address is demeadows@kslaw.com.

3.     Mr. Meadows is a member in good standing of the Bar of the State of Georgia.  In addition, Mr. Meadows is a member in good standing of the Bars of the U.S. Court of Appeals for the Eleventh, Ninth, Fifth, and Fourth Circuits and the Northern District of Georgia.  Mr. Meadow's Attorney Admissions Application is attached hereto as **Exhibit A**.

4.     Mr. Meadows has never been disbarred, suspended, or disciplined by any court. *See id.*

5.     Catherine M. O'Neil, Esquire is a Partner with the law firm King & Spalding LLP with offices at 1180 Peachtree Street, Atlanta, Georgia 30309, amongst others.  Her email address is coneil@kslaw.com.

6.     Ms. O'Neil is a member in good standing of the Bars of the States of Georgia and Massachusetts and the District of Columbia.  In addition, Ms. O'Neil is a member in good standing of the Bars of the U.S. Court of Appeals for the D.C., Eleventh, Ninth, Seventh, and Third Circuits, and the U.S. District Courts for the District of Columbia, Northern District of Georgia, and Southern District of Illinois.  Ms. O'Neil's Attorney Admissions Application is attached hereto as **Exhibit B**.

7.     Ms. O'Neil has never been disbarred, suspended, or disciplined by any court. *See id.*

8.     In support of this motion, the undersigned counsel attaches the Verified Applications for Admission Pro Hac Vice of David E. Meadows, Esquire and Catherine M. O'Neil, Esquire filed herewith, which, it is averred, satisfy the requirements of the foregoing Local Rules.

9.     I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

Jonathan S. Ziss, Esquire
Identification No. 42437
Michael P. Luongo, Esquire
Identification No. 311948
1700 Market St., Ste. 1418
Philadelphia, PA 19103
T: (267) 519-6800
F: (267) 519-6801
mluongo@goldbergsegalla.com
jziss@goldbergsegalla.com

*Attorneys for Defendant*
*Delta Air Lines, Inc.*

Date: March 26, 2015

Sworn and subscribed before me this
20th Day of March, 2015

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANNE RYAN
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Sep 23, 2017

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| INNOVATIVE SOLUTIONS & SUPPORT, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 15-959 |
| v. | ) ) | |
| DELTA AIR LINES, INC., | ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Applications of David E. Meadows,

Esquire and Catherine M. O'Neil, Esquire, to practice in this Court pursuant to Local Rule of

Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such

practice in this Court were served on the following counsel, postage prepaid, via first class mail.

> Stuart T. Steinberg
> Ellen L. Mossman
> Dechert LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA 19014

Michael P. Luongo, Esquire

*Attorney for Defendant*
*Delta Air Lines, Inc.*

Date: March 26, 2015

4

# Exhibit A

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF
## DAVID E. MEADOWS

I, David E. Meadows, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 200073106, for the $40.00 admission fee.

I, David E. Meadows, being duly sworn, do hereby depose and say as follows:

1.      I am a Counsel of the law firm King & Spalding LLP.

2.      My business address is 1180 Peachtree Street, Atlanta, Georgia 30309.

3.      I state that I am currently admitted to practice in the following state jurisdictions:

| Georgia | 1999 | 500352 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

4.      I state that I am currently admitted to practice in the following federal jurisdictions:

| US Court of Appeals for the Eleventh Circuit | 2003 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| US Court of Appeals for the Ninth Circuit | 2008 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| US Court of Appeals for the Fifth Circuit | 2013 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| US Court of Appeals for the Fourth Circuit | 2006 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| U.S. District Court for the Northern District | 2001 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

5.      I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States.

6.      I am entering my appearance on behalf of Defendant Delta Air Lines, Inc.

7.      I have not been the subject of any disciplinary proceedings concerning my practice of law by the disciplinary authority of any bar of any state or any United States Court.

8.      I attest that I am a registered user of ECF in the United States District Court for the Eastern District of Pennsylvania.

9.      I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Eastern District of Pennsylvania.

10.     Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

KING & SPALDING LLP

Date: _3/24/15_

_____

David E. Meadows, Esquire
1180 Peachtree Street
Atlanta, GA 30309
T: (404) 572-2704
F: (404) 572-5100

Sworn and subscribed before me this
_24th_ Day of _March_ , 2015

_Kathy D. Smith_
Notary Public

# Exhibit B

**APPLICATION FOR ADMISSION *PRO HAC VICE* OF**
**CATHERINE M. O'NEIL, ESQUIRE**

I, Catherine M. O'Neil, Esquire, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ___200073107___, for the $40.00 admission fee.

I, Catherine M. O'Neil, Esquire, being duly sworn, do hereby depose and say as follows:

1.   I am a Partner of the law firm King & Spalding LLP.

2.   My business address is 1180 Peachtree Street, Atlanta, GA 30309.

3.   I state that I am currently admitted to practice in the following state jurisdictions:

| Georgia | 1990 | 553714 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Massachusetts | 1990 | 556631 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

4.   I state that I am currently admitted to practice in the following federal jurisdictions:

| District of Columbia | 1991 | 430498 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the D.C. Circuit | 1994 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Eleventh Circuit | 1995 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Ninth Circuit | 2009 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

3555460.1

| | | |
|---|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Third Circuit | 2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court for the District of Columbia | 1994 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court for the Northern District of Georgia | 1995 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court for the Southern District of Illinois | 2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

5.     I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States.

6.     I am entering my appearance on behalf of Defendant Delta Air Lines, Inc.

7.     I have not been the subject of any disciplinary proceedings concerning my practice of law by the disciplinary authority of any bar of any state or any United States Court.

8.     I attest that I am a registered user of ECF in the United States District Court for the Eastern District of Pennsylvania.

9.     I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Eastern District of Pennsylvania.

10.     Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

2

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

**KING & SPALDING LLP**

Date: _3/19/15_

Catherine M. O'Neil, Esquire
1180 Peachtree Street
Atlanta, GA 30309
T: (404) 572-2704
F: (404) 572-5100

Sworn and subscribed before me this
19th _____ March _____, 2015

JULIE RIHARKINS
NOTARY
EXPIRES
GEORGIA
Notary Public May 17, 2017
PUBLIC
HENRY COUNTY

3